UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61660-CIV-DIMITROULEAS

RONALD SMITH,

      Magistrate Judge White

    Plaintiff,

vs.

SHERIFF AL LAMBERTI,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    THIS CAUSE is before the Court upon the Report and Recommendation [DE 8] of Magistrate Judge Patrick A. White, filed October 30, 2009.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  The Court notes that because Defendant Sheriff Al Lamberti has yet to be served, there was no way for him to object.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate's conclusion that the Plaintiff has alleged a claim of due process violation pursuant to 42 U.S.C. §1983.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 8] is hereby **ADOPTED** and **APPROVED**;

2. The claims against Defendant Sheriff Al Lamberti may proceed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Counsel of record

Ronald Smith, pro se
No. 570711013
Broward County Main Jail
PO Box 9356
Ft. Lauderdale, FL 33310