```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-61660-CIV-DIMITROULEAS
                         MAGISTRATE JUDGE P.A. WHITE
```

RONALD SMITH,                   :

    Plaintiff,             :

v.                              :        REPORT OF
                                         MAGISTRATE JUDGE
ALFRED LAMBERTI, ET AL,                   (DE#s 31 & 32)

    Defendant.             :
_____

    The pro-se plaintiff Ronald Smith, filed a civil rights complaint pursuant to 42 U.S.C. §1983, while confined in the Broward County Jail alleging that he was held in lock down for 18 hours. He named Sheriff Lamberti, and service was ordered upon this defendant.

    The plaintiff has filed a motion for leave to amend (DE#31) and amended complaint (DE#32) in which he names Captain Randy Smith. He fails to state how Defendant Smith is responsible for his 18 hour lock down.

    It is therefore recommended that the motion for leave to amend (DE#31) be denied without prejudice, and the amended complaint (DE#32) be dismissed.

    Objections to this Report may be filed within fourteen days following receipt.

    Dated at Miami, Florida this 11th day of March, 2010.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

```
cc:   Ronald Smith, Pro Se
      570711013
      PO Box 9356
      Ft Lauderdale, FL
      Address of Record

      RobertSchwartz, Esq.
      Alain Boileau, Esq.
      Counsel of record
```